

FILED
1:26 pm, 7/11/17
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA
Plaintiff

vs

DUSTIN L. ALVIS
Defendant

☑ Violation Notice  ☑ Information  ☐ Complaint

Case Number: 5:17-CR-149-MLC
5:17-PO-454-MLC

Violation Charged: Ct. 1) Superseding Information
36CFR2.35(b)(2) Possession of a controlled substance; to wit marijuana

Citation Number: Count 1 of Superseding Information.
6538807

Date Violation Notice Issued: July 11, 2017
Place: YNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time: 10:01-10:42AM          Interpreter
Date: 7/11/17 and 7/8/2017   Interpreter Telephone

Before the Honorable Mark L. Carman

| Ryan Deuschle | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Sarah Danno | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear   Warrant issued on
☑ Appeared   ☐ By telephone
            ☐ Voluntarily   ☑ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☐ Attorney appearing
       ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED
☐ Attorney waived

☐ Court orders case continued to            at
   reason:

☐ Bail is set at
       ☐ Unsecured   ☐ Cash/Surety   ☐ P/R-No Amount
☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
5:17-CR-149-MLC
5:17-PO-454-MLC

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☑ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☑ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made  ☐ orally   ☑ in writing

☑ Informed of charges and rights        Date  July 11, 2017
☑ Defendant arraigned                   Date  July 11, 2017
☑ Court accepts plea          Defendant enters ☐ Not Guilty Plea   ☑ Guilty
☐ Trial     Witnesses

☑ Disposition
  ☐ Not Guilty
  ☑ Guilty          Count One (1) of Information
  ☐ Dismissed
  ☐ Collateral Forfeited
  ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence      Date  July 11, 2017
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☑ Probation for a period of     Five (5) Years
  ☐ With Supervision    ☑ Without Supervision
☑ Special Conditions of Probation
   Obey all laws.
   Banned from entering YNP for term of Probation. Ban is in effect at 10PM on 7/11/2017.
☑ Fine       $1000        Payable 12/31/2017
☐ Restitution              To
☐ Community Service        To
☑ Special Assessment  $25.00
☐ Processing fee: $ 30.00
☐ Defendant advised of right to appeal
☑ Other  U.S. Recommends: Plea of guilty to Ct. 1 of Information. $1000 Fine, $25 Special Assessment, 5 Year Unsupervised Probation, 5 year ban from Yellowstone National Park. Petty Offense Violation is superseded by Information.

   Defendant to be released from custody.